UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PATRICIA CATANIA & SCOTT MURPHY,

                          Plaintiff,

-against-

UNITED FEDERATION OF
TEACHERS, et al.,

                          Defendant.

-----------------------------------------------------------------X

**ORDER**

**21-CV-1257 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 12, 2022, The Honorable Gregory H. Woods, District Judge, issued a Memorandum Opinion & Order recommitting the pending Motion to Dismiss in this matter to the assigned magistrate judge with directions: (1) to set a briefing schedule for the parties to submit supplemental briefing on the issue of whether, under New York law, there was a final judgment on the merits in the Bronx County action; and (2) to provide the Court with an updated Report and Recommendation.

The parties are directed to submit their supplemental briefing according to the following schedule: Defendants' supplemental brief shall be due on April 15, 2022; Plaintiffs' opposition shall be due on April 29, 2022; Defendants' reply brief, should they choose to submit one, shall be due on May 6, 2022.

The parties are instructed to review Judge Willis's Individual Practice Rules for instructions regarding motion practice before the Court.

    SO ORDERED.

DATED:    New York, New York

March 15, 2022

                                                                  _____
                                                                  JENNIFER E. WILLIS
                                                                  United States Magistrate Judge