USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                         :
PATRICIA CATANIA, *et al.*,                           :

                                    Plaintiffs,    :         1:21-cv-1257-GHW

                            -v -                               :                 <u>ORDER</u>

UNITED FEDERATION OF TEACHERS, *a labor* :
*union*, *et al.*,                                                     :

                                    Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 10, 2023, Plaintiff filed objections to Judge Willis's April 26, 2023 Report and Recommendation in this case. Dkt. No. 108. Any opposition to Plaintiff's objections must be filed no later than two weeks from the date of Plaintiff's objections.

       SO ORDERED.

Dated: May 11, 2023
        New York, New York

                                                                GREGORY H. WOODS
                                                                United States District Judge