USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                  :
PATRICIA CATANIA,                                  :
                                                  :
                                      Plaintiff,   :                1:21-cv-1257-GHW
                                                  :
                    -v-                               :                    <u>ORDER</u>
                                                  :
UNITED FEDERATION OF TEACHERS, *et al.*,   :
                                                  :
                                   Defendants.   :
                                                  :
------------------------------------------------------------------ X
GREGORY H. WOODS, United States District Judge:

       On March 13, 2025, Plaintiff filed a motion for reconsideration of the Court's February 27, 2025, order dismissing Plaintiff's Second Amended Complaint for failure to state a claim. Dkt. No. 132. Defendants' opposition is due no later than March 27, 2025. Plaintiff's reply, if any, is due no later than one week following the date of service of Defendants' opposition. The teleconference scheduled for March 21, 2025 is adjourned to April 15, 2025, at 4:00 p.m. The parties are directed to Rule 2 of the Court's Individual Rules, which contains the dial-in number for the conference and other relevant instructions.

       SO ORDERED.

Dated: March 14, 2025
       New York, New York

                                                                _____
                                                                GREGORY H. WOODS
                                                              United States District Judge