```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :
PATRICIA CATANIA,                     :

                               Plaintiff,    :      1:21-cv-1257-GHW

                    -v-               :      <u>ORDER WITHDRAWING</u>
                                        :      <u>REFERRAL TO MAGISTRATE</u>
UNITED FEDERATION OF TEACHERS, *et al.*, :     <u>JUDGE</u>

                    Defendants. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Because most of the claims in this case have been dismissed, and because the Court has engaged with the parties at length about the remaining issues, the Court finds that it is in the interest of judicial efficiency to withdraw its referral of this case to the assigned magistrate judge. All applications and communications should be addressed to the Court, in compliance with the Court's Individual Rules, until further notice.

    SO ORDERED.

Dated: May 12, 2025

                                                                  _____
                                                                    GREGORY H. WOODS
                                                              United States District Judge